

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| CURTIS LEE SHEPPARD, JR., | § | |
| Appellant, | § | No. 08-19-00106-CV |
| v. | § | Appeal from the |
| WICHITA COUNTY DISTRICT ATTORNEY'S OFFICE, WICHITA | § | 98th District Court of |
| COUNTY DISTRICT CLERK'S OFFICE, 78TH DISTRICT COURT OF WICHITA | § | Travis County, Texas |
| COUNTY, and ALL POLITICAL | § | (TC# D-1-GN-16-004721) |
| SUBDIVISIONS OF THE STATE OF TEXAS, | § | |
| Appellees. | | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below.

It appearing to this Court that Appellant is indigent for purposes of appeal, this Court makes no other order with respect thereto. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 6TH DAY OF JANUARY, 2021.

GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.